STATE of Missouri, Respondent,

v.

Louis BARNES, Appellant.

Louis W. BARNES, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48939, WD 51271.

Missouri Court of Appeals,
Western District.

June 4, 1996.

Rosemary E. Percival, Kansas City, Asst. Appellate Defender, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Consolidated appeals from convictions of burglary in the second degree, § 569.170; stealing over $150, § 570.030, and the denial of his Rule 29.15 post-conviction motion.

Judgments affirmed. Rules 30.25(b) and 84.16(b).

In the Interest of C.S., A.S., M.S., and S.S., Respondents.

JUVENILE OFFICER, Respondent,

v.

G.S., Natural Mother, Appellant.

No. WD 51557.

Missouri Court of Appeals,
Western District.

June 4, 1996.

E. David Swartzbaugh, Kansas City, for appellant.

Lori Stipp, Kansas City, for respondent.

Dale Nathan Godfrey, Kansas City, guardian ad litem.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from the trial court's termination of natural mother's parental rights pursuant to § 211.447, RSMo 1994.

Judgment affirmed. Rule 84.16(b).